Failure to instruct on accidental killing in a malicious shooting prosecution is reversible error only where there is evidence to establish such a theory. Burkhart v. Com., 312 Ky. 448, 227 S.W.2d 988. There is no evidence of accidental shooting in this case. Bowling says he shot Baker to "scare him; keep him off me." The shooting was plainly intentional.

The judgment is affirmed.

**PER CURIAM.**

Motion for an appeal from a judgment of the Cumberland Circuit Court convicting appellant of the offense of possessing intoxicating liquor for the purpose of sale in local option territory, with punishment fixed at a fine of $50 and thirty days in jail. We have examined the record and find no merit in the ground urged for reversal.

Motion for an appeal is overruled and the judgment is affirmed.

**Jim IRBY, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 13, 1955.

**William HENNING, Appellant,**

**v.**

**Hanna SCHNEIDER, Appellee.**

Court of Appeals of Kentucky.

May 13, 1955.

S. A. Cary, Burkesville, for appellant.

J. D. Buckman, Jr., Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.